U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**20 - CR - 160**

2020 SEP -9 P 1: 19.

CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,            Case No. 20-CR-
                          [18 U.S.C. §§ 1951(a) and (b), and
                          924(c)]

    v.

TRAVON POWELL,

            Defendant.

---

### INDICTMENT

---

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.    At all times material to this Indictment, Dollar Tree, located at 5310 W. Maxwell Place in Milwaukee, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2.    On or about July 24, 2020, in the State and Eastern District of Wisconsin,

### TRAVON POWELL

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take and obtain United States currency belonging to Dollar Tree from and in the presence of an employee of Dollar Tree, against his will, by means of actual and threatened force, violence, and fear of injury.

In violation of Title 18, United States Code, Sections 1951(a), (b), and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 24, 2020, in the State and Eastern District of Wisconsin,

### TRAVON POWELL

did knowingly use, carry, and brandish a firearm during and in relation to a crime of
violence, namely, Interference with Commerce by Robbery, as alleged in Count One of
this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     At all times material to this Indictment, Dollar Tree, located at 5310 W. Maxwell Place, in Milwaukee, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2.     On or about July 28, 2020, in the State and Eastern District of Wisconsin,

### TRAVON POWELL

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take and obtain United States currency belonging to Dollar Tree from and in the presence of an employee of Dollar Tree, against his will, by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and (b).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 28, 2020, in the State and Eastern District of Wisconsin,

**TRAVON POWELL**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, namely, Interference with Commerce by Robbery, as alleged in Count Three of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL:

███████████████████

FOREPERSON

Date: 9/9/20

_Kelly B Narten_

MATTHEW D. KRUEGER
United States Attorney