## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**                         **Case No. 20-CR-160**

**TRAVON POWELL,**

   **Defendant.**

---

## REPORT AND RECOMMENDATION

---

The United States of America and the defendant appeared before me pursuant to Federal Rule of Criminal Procedure 11. The defendant entered a plea of guilty to counts one through three of the indictment.

After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by independent factual bases containing each of the essential elements of the offenses.

NOW, THEREFORE, IT IS RECOMMENDED that the defendant's plea of guilty be accepted; that a presentence investigation and report be prepared; and that the defendant be adjudicated guilty and have sentence imposed accordingly.

IT IS FURTHER RECOMMENDED that, pursuant to Section 15002(b)(2) of the CARES Act, and this district's General Order 20-17, the district judge make a finding that accepting the defendant's felony plea via videoconference was appropriate because the plea could not be further delayed without serious harm to the interests of justice. The defendant

wishes to plead guilty and accept the consequences of his actions. Given the uncertainties as to the availability and safety of in-person hearings, particularly as coronavirus cases are expected to increase over the coming winter months, an indefinite delay could postpone resolution of this case for both the defendant and victim, adversely impacting the interests of justice.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin, this 14th of December 2020.

STEPHEN C. DRIES
United States Magistrate Judge

2